```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA

                     AT CHARLESTON
```

**TERESA DALE COUNTS,**

    Plaintiff,

v.                                    Civil Action No. 2:12-1170

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on September 3, 2013; and the magistrate judge having recommended that the court affirm the final decision of the Commissioner, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

    2. The decision of the Commissioner be, and it hereby is, affirmed.

**The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.**

DATED: September 23, 2013

John T. Copenhaver, Jr.
United States District Judge